UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. COLLINS,<br><br>                        Plaintiff,<br><br>v.<br><br>RICHARD V. SPENCER,<br><br>                        Defendant. | Case No.: 17-CV-1723 JLS (KSC)<br>Related Case: 17-CV-1724 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTIONS TO CONSOLIDATE**<br><br>(17-CV-1723: ECF No. 8)<br>(17-CV-1724: ECF No. 9) |

       Presently before the Court are the Parties' Joint Motions to Consolidate Cases and File an Amended Complaint. Plaintiff filed two lawsuits, 17-CV-1723, and 17-CV-1724. The cases have been deemed related and both have been assigned to this Court. The Parties have filed the present Motion requesting the Court consolidate the two matters. The Joint Motion was filed in both matters, (17-CV-1723, ECF No. 8; 17-CV-1724, ECF No. 9.)

       Consolidation of cases is governed by Federal Rule of Civil Procedure 42(a), which provides as follows:

       (a) Consolidation. If actions before the court involve a common question of law or fact, the court may:

       (1) join for hearing or trial any or all matters at issue in the actions;

       (2) consolidate the actions; or

       (3) issue any other orders to avoid unnecessary cost or delay.

1

17-CV-1723 JLS (KSC)
Related Case: 17-CV-1724 JLS (KSC)

Fed. R. Civ. P. 42(a). This rule affords courts "broad discretion" to consolidate cases pending in the same district, either upon motion by a party or sua sponte. *In re Adams Apple, Inc.,* 829 F.2d 1484, 1487 (9th Cir. 1987). "The Court considers a number of factors in analyzing the appropriateness of consolidation, including judicial economy, whether consolidation would expedite resolution of the case, whether separate cases may yield inconsistent results, and the potential prejudice to a party opposing consolidation." *First Mercury Ins. Co. v. SQI, Inc.*, No. C13-2109 JLR, 2014 WL 496685, at *3 (W.D. Wash. Feb. 6, 2014) (citing 8 Moore's Federal Practice § 42.10 (Matthew Bender ed. 3d Ed. 2017)).

Here, the Court finds consolidation will serve the interests of judicial economy by eliminating the need to file separate motions in each case on similar issues. Further, there is no prejudice, as shown by the fact that the Parties filed a Joint Motion to Consolidate. Accordingly, the Court **GRANTS** the Joint Motions and consolidates this case for all purposes with *Collins v. Spencer*, 17-CV-1724 JLS (KSC). All future pleadings **SHALL** bear the case number 17-CV-1723 JLS (KSC). Further, the Parties state Plaintiff has agreed to file an Amended Complaint; this **SHALL** be filed in 17-CV-1723 within 45 days of the date this Order is electronically docketed.

## CONCLUSION

The Joint Motions to Consolidate are **GRANTED**, (17-CV-1723, ECF No. 8; 17-CV-1724, ECF No. 9.) Accordingly, the Court **DISMISSES AS MOOT** Defendant's prior Motions to Consolidate, (17-CV-1723, ECF No. 7, and 17-CV-1724, ECF No. 8) and **VACATES** the hearing set for February 1, 2018. The Clerk **SHALL** close the file for 17-CV-1724.

**IT IS SO ORDERED.**

Dated: December 20, 2017

Hon. Janis L. Sammartino
United States District Judge